

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00052-CR

**GARY RAY AMBURN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court No. 42046CR**

## O R D E R

The Court granted appellant's second motion for extension of time to file his brief to a date requested by appellant's counsel, September 24, 2018. Nine days later, on October 3, 2018, when no brief and no motion for further extension of time to file the brief was filed, this appeal was abated to the trial court to hold a hearing to determine why no brief had been filed. Prior to any ordered abatement hearing, appellant's brief and a third motion for extension of time to file his brief was filed on October 8, 2018. In the motion, appellant's counsel explained how busy counsel was during the time a brief should have

been prepared but did not explain why counsel could not file a brief by the date counsel had requested or why another motion for extension of time could not have been filed before the Court abated this appeal.

Nevertheless, because appellant's brief was filed, the Court reinstates this appeal and grants appellant's motion for extension of time to file his brief to the date the brief was filed.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal reinstated
Motion granted
Order issued and filed October 17, 2018

